THE STATE OF OHIO, APPELLANT, *v.* TOWNSEND, APPELLEE.

[Cite as State *v.* Townsend (1990), 50 Ohio St. 3d 606.]

(No. 89-267—Submitted February 14, 1990—Decided April 11, 1990.)

*John T. Corrigan,* prosecuting attorney, and *Mary A. Haas,* for appellant.

*Sanford I. Atkin,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, DOUG-LAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

HOLMES, J., dissenting. I would reverse the judgment of the court of appeals and I would overrule *State* v. *Dick* (1971), 27 Ohio St. 2d 162, 56 O.O. 2d 101, 271 N.E. 2d 797.

---

BRAUNING, APPELLEE, *v.* CINCINNATI GAS & ELECTRIC COMPANY, APPELLANT.

[Cite as Brauning *v.* Cincinnati Gas & Elec. Co. (1990), 50 Ohio St. 3d 606.]

(No. 89-494—Submitted March 14, 1990 — Decided April 11, 1990.)

*Condit & Dressing Co., L.P.A.,* and *John H. Metz,* for appellee.

*Taft, Stettinius & Hollister* and *Gerald J. Rapien,* for appellant.

*Sirkin, Pinales, Mezibov & Schwartz, Marc D. Mezibov* and *Edmund J. McKenna,* urging affirmance for *amicus curiae,* Ohio Academy of Trial Lawyers.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

HOLMES, J., dissenting. I would reverse the judgment of the court of appeals.

MOYER, C.J., and WRIGHT, J., concur in the foregoing dissenting opinion.